1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

5
                  UNITED STATES DISTRICT COURT
6
                NORTHERN DISTRICT OF CALIFORNIA
7
   CAROLYN MARTIN                      CASE NO. C 10-04349 BZ
8                                      Civil Rights
           Plaintiff,
9
   V.
10
   BOUCHON, LLC; BOUCHON, LP;          **STIPULATION AND ORDER**
11 YOUNTVILLE FOOD                     **FOR DISMISSAL**
   EMPORIUM, LLC; SHAMUS &
12 PEABODY,LLC; F & F ALIOTO           FRCP section 41
   PARTNERSHIP; and DOES 1-25,
13 Inclusive,

14         Defendants.
   _____/
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation And Order For Dismissal

1   Plaintiff CAROLYN MARTIN and Defendants YOUNTVILLE FOOD
2   EMPORIUM, LLC, SHAMUS & PEABODY, LLC, and F & F ALIOTO
3   PARTNERSHIP, by and through their attorneys of record, file this Stipulation
4   And Order For Dismissal pursuant to Federal Rule of Civil Procedure section 41.
5   Plaintiff filed this lawsuit on September 27, 2010.
6   Plaintiff and Defendants have entered into a " Settlement Agreement And
7   Release Of Claims" which settles all aspects of the lawsuit. A copy of the
8   Settlement Agreement is incorporated by reference herein as if set forth in full.
9   The Settlement Agreement states in part that "The Court shall retain jurisdiction
10  to enforce this Settlement Agreement, and this Agreement shall be incorporated
11  by reference in the Stipulation and Order to Dismiss as if set forth in full."
12  Plaintiff and Defendants stipulate to the court retaining jurisdiction to enforce
13  the " Settlement Agreement And Release Of Claims."
14  Plaintiff moves to dismiss with prejudice the lawsuit against Defendants.
15  Defendants, who have answered the complaint, agree to the dismissal.
16  This case is not a class action, and no receiver has been appointed.
17  This Stipulation and Order may be signed in counterparts, and facsimile or
18  electronically transmitted signatures shall be as valid and as binding as original
19  signatures.
20  Wherefore, Plaintiff and Defendants, by and through their attorneys of
21  record, so stipulate.
22  Date: 6/6/11                          SIDNEY J. COHEN
                                          PROFESSIONAL CORPORATION
23
                                          /s/ Sidney J. Cohen
24                                      By _____
                                          Sidney J. Cohen, Attorney for
25                                        Plaintiff
26  //
27  //
28

1    Date: 6/6/11                          LITTLER MENDELSON
                                             /s/ Michael Leggierit
2                                          By _____
                                           Michael Leggieri, Attorney for
3                                          Yountville Food Emporium, LLC
                                           and Shamus & Peabody, LLC
4                                          Defendants

5    Date: 6/6/11                          DICKENSON, PEATMAN &
                                           FOGARTY
6                                            /s/ Kevin D. DeBord

7                                          By _____
                                           Kevin D. DeBord,
8                                          Attorney for  Defendant F &F Alioto
                                           Partnership
9
     PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
10
             The lawsuit against Defendants is dismissed with prejudice. The Court
11
     shall retain jurisdiction to enforce the parties' "Settlement Agreement And
12
     Release Of Claims."
13
     Date: 9 June 2011                     _____
14                                         Bernard Zimmerman
                                           United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28